```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO. 4:04CR00106-001 SWW

ERIC GERARD HICKS

### ORDER

The above entitled cause came on for hearing on government's petition [doc #34] and the supplemental petition [doc #37] to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of FOURTEEN (14) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at FCI Texarkana.

There will be ONE (1) YEAR of supervised release following the term of incarceration and shall include the following special conditions:

> 1. Defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.
>
> 2. Defendant shall cancel any credit cards that have been obtained and withdraw any applications for credit cards.
>
> 3. Defendant shall not be self-employed.
>
> 4. Remainder of the restitution in the amount of $39,478.75 is mandatory and payable during the term of incarceration

      and supervised release. During incarceration, the defendant will pay 50% per month of all funds that are available to him.  During residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's monthly gross income for the balance of the term of supervised release.  The interest requirement is waived.

The defendant is ordered to report to the United States Marshal's Office on **Monday, March 9, 2009 by noon** to begin the service of the sentence imposed. Defendant to remain on present conditions of release pending his report date.

IT IS SO ORDERED this 27th day of January 2009.

                                                <u>/s/Susan Webber Wright</u>

                                                United States District Judge