# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                             NO. 4:04CR00106-001 SWW

ERIC GERARD HICKS

### ORDER

The above entitled cause came on for hearing on September 27, 2011 on government's petitions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **REVOKED, granting** government's petition to revoke [doc #41] and **denying as moot** the supplemental petition [#52]

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of FOURTEEN (14) MONTHS in the custody of the Bureau of Prisons.

There will be **no** supervised release to follow.

The remaining restitution is mandatory and is payable to the U. S. District Court, Eastern District of Arkansas, during incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to him. During residential re-entry placement, payments will be reduced to 10% of defendant's gross monthly income and will remain at 10% of defendant's gross monthly income until all restitution has been paid.

The defendant is remanded to custody to begin the service of the sentence imposed.

IT IS SO ORDERED this 29th day of September 2011.

/s/Susan Webber Wright

United States District Judge